**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1377**

---

WILLIE H. MITCHELL, JR.,

                                        Plaintiff - Appellant,

        versus

KENNETH  S.  APFEL,  COMMISSIONER  OF  SOCIAL
SECURITY,

                                        Defendant - Appellee.

---

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of North Carolina, at Elizabeth City.  Terrence W. Boyle,
Chief District Judge.  (CA-99-75-2-BO)

---

Submitted:  July 10, 2001              Decided:  July 30, 2001

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Willie H. Mitchell, Jr., Appellant Pro Se.  Barbara Dickerson
Kocher, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Caro-
lina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie H. Mitchell appeals the district court's order affirming the Commissioner of Social Security's decision denying Mitchell's application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Mitchell v. Apfel</u>, No. CA-99-75-2-BO (E.D.N.C. Mar. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>